Clyde BENSON, Appellant, v. STATE of TEXAS, Appellee.

No. 23819.

Court of Criminal Appeals of Texas.

Oct. 15, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the state.

DAVIDSON, Judge.

The appellant moves to withdraw the appeal in this case, and has filed his personal affidavit evidencing that fact.

The motion is granted and the appeal is dismissed

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.